**Order entered January 25, 2023**



In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-01358-CV

### DALLAS COUNTY HOSPITAL DISTRICT D/B/A
### PARKLAND HEALTH AND HOSPITAL SYSTEM, Appellant

### V.

### MICHAEL BALLEW, Appellee

**On Appeal from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-20-04852-A**

### ORDER

Before the Court is appellant's January 25, 2023 unopposed motion to withdraw and substitute counsel. We **GRANT** the motion. We **DIRECT** the Clerk of this Court to remove Michael A. McCabe and Nicole A. Paige with Munck Wilson Mandala, LLP as counsel for appellant and substitute E. Leon Carter, Joshua J. Bennett, and Stacey Cho Hernandez with Carter Arnett PLLC in their place.

/s/    KEN MOLBERG
        JUSTICE